KELSEY A. SABOL
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657 6989
E-mail:  Kelsey.Sabol@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
OCT 23 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-153-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE (Count 1) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| JARDAN DELORCE DONALDSON, | |
| Defendant. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| | CRIMINAL FORFEITURE Title 21 U.S.C. § 853(a)(1) and (2) |
| | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |

1

THE GRAND JURY CHARGES:

## COUNT 1

That from in or about January 2021, and continuing until on or about July 24, 2024, at Wolf Point, Poplar, and Brockway, in Roosevelt and McCone Counties, in the State and District of Montana, and on the Fort Peck Indian Reservation, and elsewhere, the defendant, JARDAN DELORCE DONALDSON, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That from in or about January 2021, and continuing until on or about July 24, 2024, at Wolf Point, Poplar, and Brockway, in Roosevelt and McCone Counties, in the State and District of Montana, and on the Fort Peck Indian Reservation, and elsewhere, the defendant, JARDAN DELORCE DONALDSON, knowingly and unlawfully possessed with the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this indictment, the defendant, JARDAN DELORCE DONALDSON, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

A TRUE BILL.

*Foreperson signature redacted. Original document filed under seal.*
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney