KELSEY A. SABOL
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:     (406) 657-6101
FAX:       (406) 657-6989
E-mail:    Kelsey.Sabol@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARDAN DELORCE DONALDSON,<br><br>Defendant. | CR 24-153-BLG-SPW<br><br><br><br>OFFER OF PROOF |
|---|---|

The United States of America, represented by Kelsey A. Sabol, Assistant United States Attorney for the District of Montana, hereby files its Offer of Proof.

1

## THE CHARGE

The defendant, Jardan Delorce Donaldson, is charged by indictment with conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846 (count one) and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (count two).

## PLEA AGREEMENT

Donaldson will plead guilty to count two, which charges possession with intent to distribute methamphetamine. The government presented all formal plea offers to the defendant in writing. In the government's view, the plea agreement entered into by the parties, and that will be filed with the Court, represents the most favorable offer extended to the defendant. *See Missouri v. Frye*, 566 U.S. 134, 145-46 (2012).

## ELEMENTS OF CHARGE

In order for the defendant to be found guilty of count two, possession with intent to distribute methamphetamine, the United States must prove each of the following elements beyond a reasonable doubt:

**First,** the defendant knowingly possessed methamphetamine;

**Second,** the defendant possessed it with the intent to distribute it to another person; and

**Third,** the offense involved 50 grams or more of actual methamphetamine.

## PENALTY

Count two carries a penalty of a mandatory minimum term of 10 years to life imprisonment, a $10,000,000 fine, at least five years of supervised release, and a $100 special assessment.

## ANTICIPATED EVIDENCE

If this case were tried in United States District Court, the United States would prove the following[1]:

On July 24, 2024, Montana Highway Patrol Trooper David Moon conducted a traffic stop on a vehicle in McCone County, Montana. Trooper Moon located Donaldson lying down on the back floor of the vehicle. When Donaldson sat up onto the seat, Trooper Moon observed multiple bags of suspected narcotics where Donaldson had been lying on the floor. Trooper Moon ultimately recovered approximately 6.8 pounds of methamphetamine from the vehicle, which Donaldson possessed. The Drug Enforcement Administration Western Laboratory analyzed the methamphetamine and determined it contained approximately 3,125.6 grams of pure methamphetamine. Donaldson possessed this methamphetamine with the intent to distribute it to another person.

---

[1] These facts are being provided to establish a basis for the defendant's plea, but do not represent all of the evidence the United States would present if called to prove its case beyond a reasonable doubt at trial.

3

DATED this 27th day of February, 2025.

                        TIMOTHY J. RACICOT
                        Acting United States Attorney

                        /s/ Kelsey A. Sabol
                        KELSEY A. SABOL
                        Assistant U.S. Attorney